1  JOHNSON & WEAVER, LLP
   Frank J. Johnson (SBN 174882)
2  frankj@johnsonandweaver.com
   Shawn E. Fields (SBN 255267)
3  shawnf@johnsonandweaver.com
   110 West "A" Street, Suite 750
4  San Diego, CA 92101
   Telephone: (619) 230-0063
5  Facsimile: (619) 255-1856

6  *Attorneys for Plaintiffs*

7  [Additional Counsel Listed on Signature Page]

8              **UNITED STATES DISTRICT COURT**

9             **NORTHERN DISTRICT OF CALIFORNIA**

10

11  RALPH SARACENI, derivatively on          Case No.:   3:13-cv-03880-SC
    behalf of POLYCOM, INC.,

12           Plaintiff,                       **STIPULATION AND [PROPOSED]
                                              ORDER CONSOLIDATING ACTIONS
13           v.                               AND APPOINTING LEAD COUNSEL**

14  ANDREW M. MILLER, BETSY S.
    ATKINS, JOHN A. KELLEY, D. SCOTT         Case Filed:  August 21, 2013
15  MERCER, WILLIAM A. OWENS, and
    KEVIN T. PARKER,

16           Defendants,

17
    and
18
    POLYCOM, INC.,
19
             Nominal Defendant.
20

21

22

23

24

25

26

27

28

1

JAMES DONNELLY, derivatively on
behalf of POLYCOM, INC.,

Case No.:     5:13-cv-04810-PSG

2

Plaintiff,

Case Filed:   October 16, 2013

3

v.

4

ANDREW M. MILLER, BETSY S.
ATKINS, JOHN A. KELLEY, D. SCOTT
MERCER, WILLIAM A. OWENS, and
KEVIN T. PARKER,

5

6

Defendants,

7

8

and

9

POLYCOM, INC.,

10

Nominal Defendant.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    **WHEREAS**, there are presently two shareholder derivative actions against certain

2    current and former directors and officers of Polycom, Inc. "("Polycom"): *Saraceni v. Miller et*

3    *al.*, Case No. 3:13-cv-03880-SC, currently pending before this Court (the "*Saraceni* Derivative

4    Action"); and *Donnelly v. Miller et al.*, Case No. 5:13-cv-04810-PSG, currently pending in the

5    United States District Court for the Northern District of California, and initially/currently

6    assigned to Magistrate Judge Paul Singh Grewal (the "*Donnelly* Derivative Action")

7    (collectively, "the Polycom Derivative Actions");

8    **WHEREAS**, pursuant to the Court's September 13, 2013 Order (Document No. 18),

9    the *Saraceni* Derivative Action has been related to a class action filed under the federal

10   securities laws currently pending before this Court: *Neal v. Polycom, Inc. et al.*, Case No.

11   3:13-cv-03476-SC (the "*Neal* Class Action");

12   **WHEREAS,** Polycom, Eric Brown, and Sayed Darwish have filed an Administrative

13   Motion to Relate the *Donnelly* Derivative Action to the *Neal* Class Action and the *Saraceni*

14   Derivative Action, pursuant to which it has requested that the *Donnelly* Derivative Action be

15   reassigned to The Honorable Samuel Conti;

16   **WHEREAS**, in an effort to assure consistent rulings and decisions and the avoidance

17   of unnecessary duplication of effort, the undersigned counsel for the parties in the Polycom

18   Derivative Actions submit this stipulation consolidating actions; and

19   **WHEREAS**, Johnson & Weaver, LLP seeks to be designated as Lead Counsel in the

20   Polycom Derivative Actions, once consolidated, and Defendants take no position with respect

21   to such designation.

22   **WHEREFORE**, the parties, through their undersigned counsel, hereby agree,

23   stipulate, and respectfully request that the Court enter an Order as follows:

24   //

25   //

26   //

27   //

28   //

1.   The following actions shall be consolidated for all purposes, including pre-trial proceedings and trial:[1]

| Case Name | Case No. | Filing Date |
|---|---|---|
| *Saraceni v. Miller et al.* | 3:13-cv-03880-SC | August 21, 2013 |
| *Donnelly v. Miller et al.* | 5:13-cv-04810-PSG | October 16, 2013 |

2.   Every pleading filed in these consolidated actions, or in any separate action included herein, must bear the following caption:

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE POLYCOM, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Lead Case No.: 3:13-cv-03880-SC<br><br>(Derivative Action) |

3.   The files of these consolidated actions will be maintained in one file under Lead Case No. 3:13-cv-03880-SC.

4.   Lead Counsel for plaintiffs for the conduct of *In re Polycom, Inc. Derivative Litigation*, Lead Case No. 3:13-cv-03880-SC, is designated as follows:

JOHNSON & WEAVER, LLP
FRANK J. JOHNSON
SHAWN E. FIELDS
110 West "A" Street, Suite 750
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856

5.   The parties agree that plaintiffs' Lead Counsel has authority to speak for plaintiffs in matters regarding pre-trial procedure, trial, and settlement negotiations and shall

---

[1] For clarity, the *Neal* Class Action should not be consolidated with the *Saraceni* Derivative Action and/or the *Donnelly* Derivative Action.  While the actions are related under Civil Local Rule 3-12, they are not suitable for consolidation because the *Neal* Class Action alleges violations of the federal securities laws *against* Polycom, whereas the Polycom Derivative Actions bring claims purportedly *on behalf of* Polycom.

make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

6.     The parties agree that plaintiffs' Lead Counsel will be responsible for coordinating all activities and appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court. The parties further agree that no motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through plaintiffs' Lead Counsel.

7.     The parties agree that defendants' counsel may rely upon all agreements made with plaintiffs' Lead Counsel, or other duly authorized representative of plaintiffs' Lead Counsel, and such agreements will be binding on plaintiffs.

8.     This Order shall apply to each purported derivative action arising out of the same or substantially the same transactions or events as the Polycom Derivative Actions, which is subsequently filed in, removed to, or transferred to this Court.

9.     When a case that properly belongs as part of *In re Polycom, Inc. Derivative Litigation*, Lead Case No. 3:13-cv-03880-SC, is hereafter filed in this Court or transferred here from another court, counsel shall promptly call to the attention of the Clerk of the Court the filing or transfer of any case that might properly be consolidated as part of *In re Polycom, Inc. Derivative Litigation*, Lead Case No. 3:13-cv-03880-SC.

10.     In the interest of efficiency and avoidance of unnecessary duplication of effort or judicial resources by the Court or the parties, it is further Ordered as follows:

(a)     Defendants are not required to respond to either complaint consolidated into this action, or to the complaint in any action subsequently consolidated into this action, other than an amended or consolidated complaint (or complaint subsequently designated as the operative complaint);

(b)     Within thirty (30) days of the entrance of an order consolidating the Polycom Derivative Actions, plaintiffs in this action shall file an

1   amended or consolidated complaint (or designate an operative

2   complaint) in this action;

3   (c)   Within ten (10) days of plaintiffs filing of an amended or consolidated

4   complaint (or designation of an operative complaint) in this action,

5   plaintiffs' counsel and counsel for Defendants shall meet and confer

6   regarding a mutually agreeable schedule and dates by which defendants

7   must answer, move to dismiss, or otherwise respond to the amended or

8   consolidated (or operative) complaint and file a stipulated briefing

9   schedule with the Court for approval; and

10   (d)   The Initial Case Management Conference in the *Donnelly* Derivative

11   Action, currently scheduled for January 28, 2014, and the additional

12   deadlines set forth in the Order Setting Initial Case Management

13   Conference and ADR Deadlines (dated October 17, 2013), are hereby

14   vacated, and the Initial Case Management Conference in the

15   consolidated action shall instead be set for December 20, 2013, at 10:00

16   a.m., the date and time of the currently scheduled Initial Case

17   Management Conference in the *Saraceni* Derivative Action.

18   **IT IS SO STIPULATED.**

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated: October 29, 2013

JOHNSON & WEAVER, LLP
FRANK J. JOHNSON
SHAWN E. FIELDS


By: _____*s/ Frank J. Johnson*_____
                  FRANK J. JOHNSON

110 West "A" Street, Suite 750
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856
frankj@johnsonandweaver.com
shawnf@johnsonandweaver.com

*Attorneys for Plaintiffs Ralph Saraceni and*
*James Donnelly*


Dated: October 29, 2013

WILSON SONSINI GOODRICH &
ROSATI, PC
KEITH E. EGGLETON
KELLEY M. KINNEY


By: _____*s/ Kelley M. Kinney*_____
                  KELLEY M. KINNEY

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
keggleton@wsgr.com
kkinney@wsgr.com

*Attorneys for Defendants Betsy S. Atkins,*
*John A. Kelley, D. Scott Mercer, William*
*A. Owens, Kevin T. Parker, and Nominal*
*Defendant Polycom, Inc.*

Dated: October 29, 2013                          MORRISON & FOERSTER LLP
                                                 PAUL T. FRIEDMAN
                                                 PHILIP T. BESIROF


                                        By:          *s/ Philip T. Besirof*
                                                 PHILIP T. BESIROF

                                                 425 Market Street
                                                 San Francisco, CA 94105
                                                 Telephone: (415) 268-7444
                                                 Facsimile: (415) 268-7522
                                                 PFriedman@mofo.com

                                                 *Attorneys for Defendant Andrew M. Miller*


        *I am the ECF user whose identification and password are being used to file the*

*foregoing Stipulation and [Proposed] Order Consolidating Actions and Appointing Lead*

*Counsel.  In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the*

*filing of this document has been obtained.*


Dated: October 29, 2013                 *s/ Frank J. Johsnon*
                                        FRANK J. JOHNSON (SBN 174882)


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: _____10/31_____, 2013       _____
                                        HON. SAMUEL CONTI
                                        UNITED STATES DISTRICT JUDGE